IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-00034-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| JAMES DANIEL BLOODWORTH, | |
| Defendant. | |

This matter comes before the court on the United States' Motion to Authorize Payment from Inmate Trust Account [DE 57]. Defendant shall file any written response to the motion on or before October 23, 2023.

SO ORDERED this 2d day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE