IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:18-CR-00034-M

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    ORDER

JAMES DANIEL BLOODWORTH,

       Defendant.

This matter comes before the court on the United States' Motion to Authorize Payment from Inmate Trust Account [DE 57]. The United States advises that Defendant "currently maintains substantial funds"—$1,951.16—"in his inmate trust account maintained by the Bureau of Prisons ('BOP')," and a balance of $4,335.92 remains of the restitution Defendant was ordered to pay as part of a November 2, 2018 Judgment. *See id.*; *see also* DE 49. The United States seeks an order authorizing the BOP to turn over all but $200.00 of the funds held in Defendant's inmate trust account to the Clerk of the United States District Court as payment toward Defendant's outstanding restitution balance. Defendant was provided the opportunity to file a written response to the motion, but he did not do so.

Pursuant to 18 U.S.C. §§ 3613 and 3664(n), the motion is GRANTED. The Bureau of Prisons shall provide to the Clerk of the United States District Court for the Eastern District of North Carolina all funds except $200.00 held in the inmate trust account for James Daniel Bloodworth, Register No. 64581-056—up to the current amount of outstanding restitution and any criminal monetary penalties—as payment for those imposed in this case.

Funds should be sent to:

> Clerk of the Court
> U.S. District Court
> P.O. Box 25670
> Raleigh, NC 27611

The Clerk of Court shall accept and apply these funds as payment toward the restitution and

criminal monetary penalties owed by the Defendant.

SO ORDERED this ___27th___ day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE